**Dismissal and Opinion Filed June 14, 2013**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-13-00275-CV**

**LYNN WOODHAM, Appellant**
**V.**
**US BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR-IN-INTEREST**
**TO WACHOVIA BANK, N.A., AS TRUSTEE FOR MLMI 2005-A8, Appellee**

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-12-06310-B**

## MEMORANDUM OPINION

Before Chief Justice Wright and Justices Lang-Miers and Lewis
Opinion by Chief Justice Wright

Lynn Woodham filed this appeal on February 25, 2013, nineteen days after he filed a "Notice of Removal County Court Proceeding to United States District Court." By letters dated March 18, 2013 and April 11, 2013, we directed Woodham to file a letter brief demonstrating our jurisdiction over the appeal. It appeared, upon the filing of the removal notice, the federal court obtained exclusive jurisdiction over the case. *See* 28 U.S.C. § 1446(d); *National S.S. Co. v. Tugman*, 106 U.S. 118, 122 (1882); *Stroud v. VBFSB Holding Corp.*, 917 S.W.2d 75, 84 (Tex. App.—San Antonio 1996, writ denied). We cautioned Woodham in our April letter that, unless he filed his letter brief within ten days, we would dismiss the appeal. To date, Woodham has not responded.

Woodham's filing of the notice of removal effected the removal and conferred the federal court with exclusive jurisdiction over the case. *See Tugman*, 106 U.S. at 122; *Stroud*, 917 S.W.2d at 84. Because we lack jurisdiction, we dismiss the appeal. *See* TEX. R. APP. P. 42.3(a).


130275F.P05

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

LYNN WOODHAM, Appellant

No. 05-13-00275-CV      V.

US BANK NATIONAL ASSOCIATION,
AS TRUSTEE, SUCCESSOR-IN-
INTEREST TO WACHOVIA BANK, N.A.,
AS TRUSTEE FOR MLMI 2005-A8,
Appellee

On Appeal from the County Court at Law
No. 2, Dallas County, Texas
Trial Court Cause No. CC-12-06310-B.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Lewis participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** that appellee US Bank National Association, as Trustee, Successor-in-Interest to Wachovia Bank, N.A., as Trustee for MLMI 2005-A8 recover its costs, if any, of this appeal from appellant Lynn Woodham.

Judgment entered June 14, 2013

/Carolyn Wright/
_____
CAROLYN WRIGHT
CHIEF JUSTICE

–3–